IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BRIAN JONES                                                                                                  PETITIONER

VS.                                                                          CIVIL ACTION NO. 5:09CV70DCB-MTP

BRUCE PEARSON, Warden                                                                          RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Brian Jones' Petition [1] for a Writ of Habeas Corpus should be denied and dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Brian Jones' Petition [1] for a Writ of Habeas Corpus is denied and dismissed with prejudice.

SO ORDERED this the  29th  day of December, 2009.


                                                                s/David Bramlette
                                                                 UNITED STATES DISTRICT JUDGE